[No. 2229-2.    Division Two.    February 23, 1977.]

MILTON P. COLLINS, *Respondent*, v. MARTIN C. BONAR, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Mason
County, No. 10844, Horace G. Geer, J. Pro Tem., entered
December 19, 1975. *Affirmed* by unpublished opinion per
Petrie, C.J., concurred in by Reed, J., and Ringold, J. Pro
Tem.

[No. 2288-2.    Division Two.    February 23, 1977.]

*In the Matter of the Marriage of* LUCILLE N. HANSEN,
*Respondent,* and ROBERT L. HANSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 238253, Thomas A. Swayze, Jr., J., entered
February 9, 1976. *Affirmed in part and remanded* by un-
published opinion per Petrie, C.J., concurred in by Reed, J.,
and Ringold, J. Pro Tem.

[No. 2117-2.    Division Two.    February 23, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS C.
HOFFMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C-1479, Terence Hanley, J., entered October 7,
1975. *Affirmed* by unpublished opinion per Reed, J., con-
curred in by Petrie, C.J., and Pearson, J.

[No. 1836-3.    Division Three.    February 23, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED HENRY
NOLAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 23478, William J. Grant, J., entered Au-
gust 29, 1975. *Affirmed* by unpublished per curiam opinion.